# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133249

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 133249
                                  COA: 271091
                                  Allegan CC: 00-011739-FC

KRISTOPHER BRYAN STIDHAM,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007                                                             
_____

s0618                                                                   Clerk